FILED & ENTERED

MAY 23 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Nshua oar DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Andrew Ariza,<br><br><br>Debtor(s). | Case No: 2:11-bk-31243-VZ<br><br>Chapter: 11<br><br>ORDER DENYING EMERGENCY MOTION FOR ORDER AUTHORIZING THE USE OF CASH COLLATERAL<br><br>[No Hearing Required] |

On May 17, 2011, Andrew Ariza, Debtor and Movant herein, filed "Debtor's Emergency Motion for Order Authorizing the Use of Cash Collateral," (the "Motion"). Having considered the Motion and papers filed in support thereof, IT IS ORDERED THAT the Motion is denied because Movant has not established that (1) Movant will suffer immediate and irreparable injury, loss or damage; (2) there is a danger notice to opposing party will result in that party's flight or destruction of evidence; or, (3) exigent circumstances beyond control of Movant prevent Movant from having the Motion heard on regular notice pursuant to LBR 9014-1 pursuant to the analysis of *In re Intermagnetics America Inc*. 101 Bankr. 191 (C.D. Cal 1989).

DATED: May 23, 2011

_____
United States Bankruptcy Judge

- 1 -

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER DENYING EMERGENCY MOTION FOR ORDER AUTHORIZING THE USE OF CASH COLLATERAL  was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of ***May 22, 2011***, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov; Dare Law    dare.law@usdoj.gov

**Attorney for Debtor:** Michael Jay Berger    michael.berger@bankruptcypower.com, maritza.arizaga@bankruptcypower.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor**
Andrew Ariza
1359 Vienna Way
Venice, CA 90291

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page