MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:    (310) 271-6223
Facsimile:    (310) 271-9805
michael.berger@bankruptcypower.com

Attorney for Debtor,
Andrew Ariza

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| In re | ) CASE NO.: 2:11-bk-31243-VZ |
|---|---|
| Andrew Ariza, | ) Chapter 11 |
| Debtor. | ) CASE STATUS CONFERENCE REPORT OF DEBTOR ANDREW ARIZA; DECLARATION OF ANDREW ARIZA IN SUPPORT THEREOF |
| | ) Date:    June 30, 2011 |
| | ) Time:    9:30 a.m. |
| | ) Place:   Courtroom 1368 |
| | )          Roybal Federal Building |
| | )          255 E. Temple Street |
| | )          Los Angeles, CA 90012 |

TO THE HONORABLE VINCENT P. ZURZOLO, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE AND TO ALL INTERESTED PARTIES:

Andrew Ariza (the "Debtor"), debtor and debtor-in-possession herein, hereby submits the following Case Status Conference Report ("Status Report") pursuant to the Court's order as follows:

A. A disclosure statement has yet to be filed and served upon all interested parties as this case was only recently filed and the Debtor along with counsel for Debtor, the Law Offices of Michael Jay Berger ("Debtor's Counsel"), will soon begin working diligently on preparing a disclosure statement. See Declaration of Andrew Ariza (the "Ariza Declaration"), para. 2. Debtor's Counsel proposes to file and serve a disclosure statement motion and confirmation motion by or before October 15, 2011.

B. (a) Proposed deadline for filing of claims: September 15, 2011

(b) Proposed deadline for filing of objections to claims: September 30, 2011

C. Debtor has performed all of his duties under 11 U.S.C. §§ 521, 1106 and 1107. See Ariza Declaration, para. 3.

D. The post-petition operations of the Debtor are focused on reorganizing his estate by filing a motion to value real property of the estate and avoid security interest for the property located at: 1357-1359 Vienna Way, Venice, California 90291 (the "Vienna Property"). Debtor manages the rented unit of the Vienna Property and continues his as a design and construction consultant. See Ariza Declaration, para. 4.

The Debtor is not involved in any litigation. See Ariza Declaration, para. 5.

E. Debtor's counsel is filing documents electronically via CM/ECF. See Ariza Declaration, para. 6.

F. Debtor's Counsel will file the Application to Employ with the Court by June 17, 2011. A budget of estimated fees and expenses to be incurred by Debtor's Counsel is attached to the Ariza Declaration as Exhibit "1".

```
 1                                          LAW OFFICES OF MICHAEL JAY BERGER
 2
 3   Dated:  6/16/11            By:  /s/ Michael Jay Berger
 4                                   Michael Jay Berger
                                     Attorney for Debtors,
 5                                   Andrew Ariza
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

CASE STATUS CONFERENCE REPORT

## DECLARATION OF ANDREW ARIZA

I, Andrew Ariza, declare and state as follows:

1. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2. A disclosure statement has yet to be filed and served upon all interested parties as this case was only recently filed, I along with my Counsel, the Law Offices of Michael Jay Berger, will soon begin working diligently on preparing a disclosure statement.

3. I have performed all of my duties under 11 U.S.C. §§ 521, 1106 and 1107.

4. I am focused on reorganizing my estate by filing a motion to value real property of the estate and avoid security interest for the property located at: 1357-1359 Vienna Way, Venice, California 90291 (the "<u>Vienna Property</u>"). I manage the rented unit of the Vienna Property and continue my work as a design and construction consultant.

5. I am not involved with any litigation.

5. My counsel is filing documents electronically via CM/ECF.

6. A budget of estimated fees and expenses to be incurred by the Law Offices of Michael Jay Berger is attached hereto as Exhibit "1".

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on June 16, 2011 at Los Angeles, California.

Andrew Ariza

4

CASE STATUS CONFERENCE REPORT

| | |
|---|---|
| In re: Andrew Ariza | CHAPTER: 11 |
| Debtor(s). | CASE NUMBER: 2:11-bk-31243-VZ |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9454 Wilshire Blvd., 6th floor, Beverly Hills, CA 90212-2929

A true and correct copy of the foregoing documents described as follows: **"CASE STATUS CONFERENCE REPORT OF DEBTOR ANDREW ARIZA; DECLARATION OF ANDREW ARIZA IN SUPPORT THEREOF"** will be served or were served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __June 16, 2011__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On __June 16, 2011__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒  Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 16, 2011 | Diana Zuniga | /s/ Diana Zuniga |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                                                                                                        F 9013-3.1

**SERVICE LIST**

*Served Via Electronic Notice*

United States Trustee
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017
ustpregion16.la.ecf@usdoj.gov
dare.law@usdoj.gov
melanie.scott@usdoj.gov

Darlene C Vigil
cdcaecf@bdfgroup.com

Mehrdaud Jafarnia
bknotice@mccarthyholthus.com

*Served Via US Mail:*

**Secured Creditors**

Bay Area Financial Corp.
Agent for Service of Process
Vincent Lombardo
12400 Wilshire Blvd., Suite 230
Los Angeles CA. 90025

Indymac Bank
Attn:Bankruptcy
Po Box 4045
Kalamazoo, MI 49003

Wells Fargo Bank N A
Agent for Service of Process
Lawyers Incorporating Services
2730 Gateway Oaks Dr. Ste #100
Sacramento, CA. 95833

**Unsecured Creditors**

Bank of America
Attn: Bankruptcy Department
P.O. Box 26012
Greensboro, NC. 27410

Bank of America FIA Card
Attn: Bankruptcy Department
P.O Box 26012
Greensboro, NC. 27410

Cavalry Portfolio Service
Attn: Deborah Reilly
PO Box 1017
Hawthorne, NY 10532

CASE STATUS CONFERENCE REPORT

| | |
|---|---|
| 1 | Cba Collection Bureau |
| | Po Box 5013 |
| 2 | Hayward, CA 94540 |
| 3 | Chase |
| | 201 N. Walnut St//De1-1027 |
| 4 | Wilmington, DE 19801 |
| 5 | Credit Management |
| | 4200 International Pwy |
| 6 | Carrolton, TX 75007 |
| 7 | Designed Receivable |
| | 1 Centerpointe Drive, Suite 45 |
| 8 | La Palma, CA 90623 |
| 9 | Discover Fin |
| | Po Box 6103 |
| 10 | Carol Stream, IL 60197 |
| 11 | Elvis Pmental |
| | PO Box 2321 |
| 12 | Winnetka, CA 91396 |
| 13 | Fredrick Hanna & Associates |
| | 1427 Roswell Rd |
| 14 | Marietta, GA 30062 |
| 15 | Internal Revenue Service |
| | PO Box 21126 |
| 16 | Philadelphia, PA 19101 |
| 17 | JPMorgan Chase Legal Dept. |
| | John Nguyen |
| 18 | 300 S. Grand Ave, 4th Floor |
| | Los Angeles, CA 90071 |
| 19 | |
| 20 | Marina Del Rey Hospital |
| | 4650 Lincoln Blvd. |
| 21 | Marina Del Rey, CA 90292 |
| 22 | Pineapple Pools, Inc. |
| | PO Box 1352 |
| 23 | Moorpark, CA 93020 |
| 24 | Rusher Air Conditioning |
| | 19626 S. Normandie Ave. |
| 25 | Torrance, CA 90502 |
| 26 | |
| 27 | |
| 28 | |

7

CASE STATUS CONFERENCE REPORT

**EXHIBIT 1**

## Professional Compensation & Reimbursement Budget
*for Chapter 11*

Case Number: 2:11-bk-31243-VZ
Case Name: Andrew Ariza
Date Commenced: May 16, 2010

Applicant Name: Michael Jay Berger
Applicant Firm: Law Offices of Michael Jay Berger
Location: Beverly Hills, California
Type of Services to be Rendered: Bankruptcy Counsel; Case Administration; Claims; Plan & Disclosure Statement.

Category: Business Operations

| Name and/or Type | Professional Hourly Rate($/hr) | Total($) |
|---|---|---|
| Michael Berger | $390/hr   (at 1 hours) | $390.00 |
| Michael Mahurin | $360/hr   (at 2 hours) | $720.00 |
| Moran Glazer | $250/hr   (at 2 hours) | $500.00 |
| Maritza Arizaga | $200/hr   (at 2 hours) | $400.00 |

Expenses & Costs:   Copying   $25.00

Total for Category:   $2,035.00

Category: Case Administration

| Name and/or Type | Professional Hourly Rate($/hr) | Total($) |
|---|---|---|
| Michael Berger | $390/hr   (at 5 hours) | $1,170.00 |
| Michael Mahurin | $360/hr   (at 5 hours) | $1,800.00 |
| Moran Glazer | $250/hr   (at 10 hours) | $2,500.00 |
| Maritza Arizaga | $200/hr   (at 5 hours) | $1,000.00 |

Expenses & Costs:   Copying   $250.00
                   Local Travel   $100.00
                   Parking   $50.00

Total for Category:   $6,870.00

Category:            Claims

| Name and/or Type | Professional Hourly Rate($/hr) | Total($) |
|---|---|---|
| Michael Berger | $390/hr    (at 1 hour) | $390.00 |
| Michael Mahurin | $360/hr    (at 2 hours) | $720.00 |
| Moran Glazer | $250/hr    (at 2 hours) | $500.00 |
| Maritza Arizaga | $200/hr    (at 2 hours) | $400.00 |

Expenses & Costs:    Copying            $25.00

Total for Category:    $2,035.00

Category:            Litigation

| Name and/or Type | Professional Hourly Rate($/hr) | Total($) |
|---|---|---|
| Michael Berger | $390/hr    (at 1 hours) | $390.00 |
| Michael Mahurin | $360/hr    (at 1 hours) | $360.00 |
| Moran Glazer | $250/hr    (at 3 hour) | $750.00 |
| Diana Zuniga | $200/hr    (at 1 hour) | $200.00 |

Expenses & Costs:    Copying            $100.00
                     Local Travel       $75.00
                     Parking            $50.00

Total for Category:    $1,925.00

Category:            Plan and Disclosure Statement

| Name and/or Type | Professional Hourly Rate($/hr) | Total($) |
|---|---|---|
| Michael Berger | $390/hr    (at 4 hours) | $1,170.00 |
| Michael Mahurin | $360/hr    (at 6 hours) | $2,160.00 |
| Moran Glazer | $250/hr    (at 2 hours) | $500.00 |
| Diana Zuniga | $200/hr    (at 2 hours) | $400.00 |

Expenses & Costs:    Copying            $250.00

Total for Category:    $4,480.00

Category:              Relief from Stay

| Name and/or Type | Professional Hourly Rate($/hr) | | Total($) |
|---|---|---|---|
| Michael Berger | $390/hr | (at 1 hours) | $390.00 |
| Michael Mahurin | $360/hr | (at 2 hours) | $720.00 |
| Moran Glazer | $250/hr | (at 4 hours) | $1,000.00 |
| Maritza Arizaga | $200/hr | (at 2 hours) | $400.00 |

Expenses & Costs:   Copying           $100.00
                    Local Travel      $75.00
                    Parking           $50.00


Total for Category:   $2,735.00