**BARRY R. GORE, ESQ. SBN 143278**
**SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE**
**A Professional Law Corporation**
**3424 Carson Street, Suite 350**
**Torrance, California 90503**
**(310) 542-0111 Telephone**
**(310) 214-7254 Facsimile**

Bankruptcy Counsel to Creditor Bay Area Financial Corporation

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>Andrew Ariza,<br><br>               Debtor and Debtor in Possession. | Case No. 2:11-bk-31243-VZ<br><br>Chapter 11<br><br>**NOTICE OF NON-CONSENT OF USE OF CASH COLLATERAL**<br><br>NO HEARING REQUIRED |

      PLEASE TAKE NOTICE that claimant Bay Area Financial Corporation ("Claimant") hereby provides notice pursuant to Sections 363(c)(2) and 546(b) of the Bankruptcy Code in lieu of seizure of property or commencement of action.  Claimant is a secured creditor of debtor Andrew Ariza ("Debtor").

      This Notice perfects and makes choate all rights of Claimant under the loan documents, pursuant to which Claimant was granted a security interest in the rents, issues, and profits of the property described in the Deed of Trust and Assignment of Rents and Request for Special Notice ("Deed of Trust") made, executed and delivered by Debtor to Claimant.  The Deed of Trust was duly recorded in the Official Records of the Los Angeles County Recorder's Office. In accordance with the terms of the Deed of Trust and this Notice, all rents, issues, and profits

1  of any Property described in the Deed of Trust constitutes "Cash Collateral" as defined in

2  Section 363(c) of the Bankruptcy Code and, therefore, must be sequestered and segregated by

3  the Debtor forthwith.  Section 363(c)(2) prohibits use of Cash Collateral by the Debtor, except

4  upon authority of the Bankruptcy Code, after notice and a hearing or pursuant to Claimant's

5  express consent.  As set forth in this Notice, Claimant expressly does not consent to the

6  Debtor's use of Cash Collateral.

7          Accordingly, this Notice requires that the Debtor either (a) obtain the written

8  consent of Claimant to use the Cash Collateral and to account to Claimant for the use of the

9  Cash Collateral or (b) obtain an order from the United States Bankruptcy Court to use the Cash

10 Collateral.

11

12 June 20, 2011                         SMITH | CAMPBELL | CLIFFORD | KEARNEY |
                                        GORE, APLC
13

14                                      By: _____

15                                          Barry R. Gore
                                            Counsel to Bay Area Financial Corporation
16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Non-Consent of Use of Cash Collateral

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:


A true and correct copy of the foregoing document described as **NOTICE OF NON-CONSENT OF USE OF CASH COLLATERAL** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 20, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:


**See attached service list**

☒  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **June 20, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.


**See attached service list**

☒  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.


☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| June 20, 2011 | Brenda L. Campos | |
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*

**F 9013-3.1.PROOF.SERVICE**

# SERVICE LIST

## SECTION I

## SERVED VIA NEF

### Office of the US Trustee
Ustregion16.la.ecf@usdoj.gov

Dare Law
Dare/law@usdoj.gov

Melanie C. Scott
Melanie.scott@usdoj.gov

### Debtor's Attorney
Michael J. Berger, Esq.
Michael.berger@bankruptcypower.com
maritza.arizaga@bankruptcypower.com

### Creditor Bay Area Financial Attorney
Barry R. Gore, Esq.
bgore@scckg.com

### Other Interested Parties
Darlene C. Vigil
cdcaecf@bdfgroup.com

Mehrdaud Jafarnia
bknotice@mccarthyholthus.com

## SECTION II

## SERVED VIA US MAIL

### JUDGE
Honorable Ernest M. Robles
255 E. Temple St., Suite 1560
Los Angeles, CA 90012

### DEBTOR
Andrew Ariza
1359 Vienna Way
Venice, CA 90291

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                          F 9013-3.1.PROOF.SERVICE

## SECTION II CONTINUED

## SERVED VIA US MAIL

## SECURED CREDITORS

Bay Area Financial
Agent for Service of Process
Vincent Lombardo
12400 Wilshire Blvd. Suite 230
Los Angeles, CA 90025

Indymac Bank
Attn: Bankruptcy Dept.
P.O. Box 4045
Kalamazoo, MI 49003

Wells Fargo Bank NA
Agent for Service of Process
Lawyers Incorporating Services
2730 Gateway Oaks Dr. Suite 100
Sacramento, CA 95833

## UNSECURED CREDITORS

Bank of America
Attn: Bankruptcy Dept.
P.O. Box 26012
Greensboro, NC 27410

Bank of America FIA Card
Attn:  Bankruptcy Dept.
P.O. Box 26012
Greensboro, NC 27410

Cavalry Portfolio Service
Attn: Deborah Reilly
P.O. Box 1017 Hawthorne, NY 10532

CBA Collection Bureau
P.O. Box 5013
Hayward, CA 94540

Chase
201 N. Walnut St./Del-1027
Wilmington, DE 19801

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                           **F 9013-3.1.PROOF.SERVICE**

## SECTION II CONTINUED

## SERVED VIA US MAIL

## UNSECURED CREDITORS

Credit Management
4200 International Parkway
Carrolton, TX 75007

Designed Receivable
1 Centerpointe Dr., Suite 45
La Palma, CA 90623

Discover Financial
P.O. Box 6103
Carol Stream, IL 60197

Elvis Pmental
P.O. Box 2321
Winnetka, CA 91396

Frederick Hanna & Assoc.
1427 Roswell Rd.
Marietta, GA 30062

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase Legal Dept.
Attn: John Nguyen
300 S. Grand Ave, 4th Floor
Los Angeles, CA 90071

Marina Del Rey Hospital
4650 Lincoln Blvd.
Marina Del Rey, CA 90292

Pineapple Pools, Inc
P.O. Box 1352
Moorpark, CA 93020

Rusher Air Conditioning
19626 S. Normandie Ave.
Torrance, CA 90502

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                          **F 9013-3.1.PROOF.SERVICE**