

**FILED & ENTERED**

**JUL 01 2011**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY carranza DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA -- LOS ANGELES DIVISION**

| | |
|---|---|
| In re ANDREW ARIZA,<br><br>　　　　Debtor and Debtor-in-Possession | Case No.: 2:11-bk-31243 VZ<br><br>Chapter 11<br><br>**ORDER AFTER INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE:**<br><br>**1)  SETTING DEADLINE FOR FILING PROOFS OF CLAIM AND REQUIRING COMPLIANCE WITH LOCAL BANKRUPTCY RULE 3001-1**<br><br>**2) SETTING DEADLINE FOR HEARING ON OBJECTIONS TO CLAIMS; AND**<br><br>**3)  SETTING HEARING ON MOTION FOR ORDER APPROVING ADEQUACY OF DISCLOSURE STATEMENT**<br><br>**Hg on Motion to Approve Disclosure Stmt**<br>DATE:　　February 23, 2012<br>TIME:　　1:30 p.m.<br>PLACE:　Courtroom 1368<br>　　　　　255 E. Temple St.<br>　　　　　Los Angeles, CA 90012 |

　　　　On June 30, 2011, a chapter 11 status conference was held in a bankruptcy case voluntarily filed by ANDREW ARIZA ("Debtor").  An appearance was made by counsel for Debtor and counsel for the U.S. Trustee.

Based upon the status conference,

**IT IS ORDERED THAT**:

1) The deadline for filing proofs of claim is **September 15, 2011** and Debtor must comply with Local Bankruptcy Rule 3001-1;

2) The deadline for a hearing on objections to claims is **October 28, 2011**; and

3) A hearing on a motion for approval of adequacy of disclosure statement is set for **February 23, 2012** at 1:30 p.m.

DATED: July 1, 2011

_____
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER AFTER INITIAL STATUS CONFERENCE IN CHAPTER 11 CASE:**
**1) SETTING DEADLINE FOR FILING PROOFS OF CLAIM AND REQUIRING COMPLIANCE WITH LOCAL BANKRUPTCY RULE 3001-1;**
**2) SETTING DEADLINE FOR HEARING ON OBJECTIONS TO CLAIMS; AND**
**3) SETTING HEARING ON MOTION FOR ORDER APPROVING ADEQUACY OF DISCLOSURE STATEMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **6/30/11** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**U.S. Trustee**: ustpregion16.la.ecf@usdoj.gov, dare.law@usdoj.gov, Melanie.Scott@usdoj.gov
**Debtor's Counsel**: Michael Jay Berger, michael.berger@bankruptcypower.com


**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Debtor:**
Andrew Ariza
1359 Vienna Way
Venice, CA 90291