MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:   (310) 271-6223
Facsimile:    (310) 271-9805
michael.berger@bankruptcypower.com

Attorney for Debtor,
Andrew Ariza

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>Andrew Ariza,<br><br>            Debtor. | CASE NO.:   2:11-bk-31243-VZ<br><br>Chapter 11<br><br>REPLY IN SUPPORT OF DEBTOR'S MOTION FOR ORDER AUTHORIZING THE USE OF CASH COLLATERAL; DECLARATION OF ANDREW ARIZA AND PAUL FLETCHER IN SUPPORT THEREOF<br><br>Date: July 19, 2011<br>Time: 11:00 a.m.<br>Place: Courtroom 1368 |

TO THE HONORABLE VINCENT P. ZURZOLO, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE AND TO ALL INTERESTED PARTIES:

Counsel for Andrew Ariza (the "Debtor"), debtor and debtor-in-possession herein, the Law Offices of Michael Jay Berger ("Debtor's Counsel"), submits the following Reply to the oppositions of Peter C. Anderson, United States Trustee (the "US Trustee"), Deutsche Bank

National Trust Company "Deutsche"), and Bay Area Financial Corporation ("Bay Area") (collectively, the "Oppositions") to Debtor's Motion for Order Authorizing the Use of Cash Collateral (the "Motion")

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. FACTUAL BACKGROUND

On May 16, 2011 the Debtor filed his Chapter 11 bankruptcy petition. The Debtor resides at his home located at 1357-1359 Vienna Way, Venice, California 90291 (the "Vienna Property"). The Vienna Property is a duplex. The Debtor resides in 1359 Vienna Way and leases 1357 Vienna Way. See Declaration of Andrew Ariza (the "Ariza Declaration"), paragraph 2.

The Debtor resides in one of the units and rents the other unit. The Debtor currently and historically generates income from two sources: from the Vienna Property and from the Debtor's job as a design and construction consultant. See Ariza Declaration, paragraph 3.

### II. USE OF CASH COLLATERAL

**A. Approval of Cash Collateral through November 1, 2011**

The Motion had erroneously stated that Debtor seeks to have approval to use cash collateral up to July 1, 2011. However, what the Motion should have stated that Debtor seeks to have approval to use cash collateral up to November 1, 2011. By such approval Debtor proposes to use the collected rents and any other proceeds ("Cash Collateral"), from the Vienna Property only in an amount necessary to pay for the actual and necessary costs and expenses for the maintenance and preservation of the Vienna Property, including insurance obligations, utilities, maintenance of the Vienna Property, and marketing expenses to the extent necessary to keep the Vienna Property fully leased, up to and including November 1, 2011.

**B. Adequate Protection to a Secured Creditor**

As set forth in the Motion, Debtor will be making post-petition debt service obligations to Deutsche and Wells Fargo Bank N.A. ("Wells Fargo"), but will not be making debt service obligations to Bay Area (collectively with Deutsche and Wells Fargo, the "Secured Creditors"). See Ariza Declaration, paragraph 4. In its opposition, Deutsche states that Debtor's monthly obligation to Deutsche is $5,122.44. However, per a recent loan modification with Debtor, the new modified amount is $3,540.00, which includes property taxes and insurance for the Vienna Property. See Ariza Declaration, paragraph 5. Such documentation has been sent to counsel for Deutsche for review, along with the Budget attached as Exhibit "1" to the Ariza Declaration. At such time, we believe that counsel for Deutsche will find that Deuthsche is adequately protected and will no longer object to use of cash collateral.

Debtor will not be making debt service obligations to Bay Area because Debtor believes that the Vienna Property's scheduled value of $1,100,000.00 will be confirmed by a later valuation order of the Court. See Ariza Declaration, paragraph 6. Attached as Exhibit "2" to the Declaration of Paul Fletcher, is an appraisal dated March 10, 2011 valuing the Vienna Property at $1,100,000.00, the same as the scheduled value for the Vienna Property. Additionally, while Bay Area in its opposition offers a broker's opinion for the value of the Property of $1,250,000.00, the broker's opinion is not sufficient when compared to Debtor's appraiser. It was completed by a Salesperson, neither a broker nor licensed appraiser. See Exhibit "D" to the Declaration of Susan Rosales, in support of Bay Area's opposition. Additionally, the two properties that are used as comparables are both located west of Lincoln Boulevard. It is a well known that real estate values west of Lincoln Boulevard are higher per square foot than

properties east of Lincoln Boulevard. The Vienna Property is located east of Lincoln Boulevard. See Declaration of Paul Fethcher, paragraph 3.

Due to the value of the Vienna Property, and Debtor's intention to avoid the security interest of Bay Area, Debtor does not intend to make adequate protection payments to Bay Area.

### C. Adequate Protection in the Form of Rental Income

In its opposition Bay Area contends that "Debtor is not providing adequate protection for Bay Area's secured interest in rents…Effectively, the Debtor has leased that unit to himself, and the Debtor should be paying market rent to the Debtor's estate, and that rent should also be used as cash collateral that secures Bay Area's claim…" Bay Area cites no authority for this demand for a Debtor to pay rent on a property that is both a primary residence and income producing. Notwithstanding such an absurd request, even if Debtor were to rent the unit that he resides in, that unit would not produce as much income as the currently rented unit as it is not in comparable shape. The unit Debtor resides in does not have a pool and has never been remodeled. See Ariza Declaration, paragraph 8.

Additionally, while Debtor does collect rent of $3,500.00, it is clear from the Budget attached as Exhibit "1" to the Ariza Declaration, that the rent is not sufficient to cover all expenses of the Vienna Property. The Debtor does contribute over $700.00 from his personal income to maintain the property and pay Deutsche and Wells Fargo. See Ariza Declaration, paragraph 9.

### D. Compliance with Local Bankruptcy Rule 4001-2

As the US Trustee's opposition states, "Debtor violated Local Bankruptcy Rule 4001-2 by failing to discuss the seven provisions that LBR requires debtors to include in their cash collateral motions."

With respect to Debtor's Motion and compliance with Local Bankruptcy Rule 4001-2: (1) Debtor's Motion does not grant cross-collateralization protection, other than replacement liens or other adequate protection, to the prepetition secured creditors; (2) Debtor's Motion does not bind the estate or all parties in interest with respect to the validity, perfection, or amount of the secured creditor's prepetition lien or debt or the waiver of claims against the secured creditor; (3) Debtor's Motion does not waive or limit the estate's rights under 11 U.S.C. § 506(c); (4) Debtor's Motion does not grant to the prepetition secured creditor liens on the debtor's claims and causes of action arising under 11 U.S.C. §§ 544, 545, 547, 548, or 549; (5) Debtor's Motion does not deem prepetition secured debt to be postpetition debt or that use postpetition loans from a prepetition secured creditor to pay part or all of that secured creditor's prepetition debt, other than as provided in 11 U.S.C. § 552(b); (6) Debtor's Motion does not provide disparate treatment for the professionals retained by a creditors' committee from that provided for the professionals retained by the debtor with respect to a professional fee carve out; and (7) Debtor's Motion does not prime any secured lien.

## II. **CONCLUSION**

Based upon the foregoing, Debtor respectfully requests that the Court authorize the use of Cash Collateral to maintain and preserve the Vienna Property.

Dated: July 12, 2011

**LAW OFFICES OF MICHAEL JAY BERGER**

By: _____
Michael Jay Berger
Counsel for Debtor,
Andrew Ariza

## DECLARATION OF ANDREW ARIZA

I, Andrew Ariza, declare and state as follows:

1. I am the debtor and debtor-in-possession in the above-captioned matter. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2. On May 1, 2011, I filed my Chapter 11 bankruptcy petition. I reside at my home located at 1357-1359 Vienna Way, Venice, California 90291 (the "Vienna Property"). The Vienna Property is a duplex. I reside in 1359 Vienna Way and I lease 1357 Vienna Way.

3. I reside in one of the units and rent the other unit. I currently and historically generate income from two sources: from the Vienna Property and from the Debtor's job as a design and construction consultant.

4. As stated in the Motion, I will be making post-petition debt service obligations to Deutsche and Wells Fargo Bank N.A. ("Wells Fargo"), but will not be making debt service obligations to Bay Area (collectively with Deutsche and Wells Fargo, the "Secured Creditors").

5. In its opposition, Deutsche states that my monthly obligation to Deutsche is $5,122.44. However, per a recent loan modification with Debtor, the new modified amount is $3,540.00, which includes property taxes and insurance for the Vienna Property.

6. I will not be making debt service obligations to Bay Area because I believe that the Vienna Property's scheduled value of $1,100,000.00 will be confirmed by a later valuation order of the Court.

7. The unit I reside in is not in comparable condition to the rented unit. The unit does not have a pool and has never been remodeled.

8. While I collect rent of $3,500.00, the rent is not sufficient to cover all expenses of the Vienna Property. I contribute over $700.00 from my personal income to maintain the property and pay Deutsche and Wells Fargo.

9. Attached hereto as Exhibit "1", and incorporated herein by this reference, is a true and correct copy of the budget for the property located at 1357 Vienna Way, Venice, California 90291.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on July 12, 2011 at Beverly Hills, California

_____
ANDREW ARIZA

### DECLARATION OF PAUL FLETCHER

I, Paul Fletcher, declare and state as follows:

1. I am a certified real estate appraiser, State of California certification number AR011635, and have been so licensed since 1986. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2. I specialize in residential appraisals in Southern California. I have conducted approximately 300 appraisals in same zip code as the property located at 1357-1359 Vienna Way, Venice, California 90291 (the "Vienna Property"), which is the subject of the attached appraisal.

3. It is well known that real estate values west of Lincoln Boulevard are higher per square foot than properties east of Lincoln Boulevard. The Vienna Property is located east of Lincoln Boulevard.

4. Attached hereto as Exhibit "2", and incorporated herein by this reference, is a true and correct copy of my appraisal, dated as of March 10, 2011, of the Vienna Property.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on July 12, 2011 at Los Angeles California.

_____
Paul Fletcher

In re: Andrew Ariza

Debtor(s).

CASE NUMBER: 2:11-bk-31243-VZ

NOTE: When using this form to indicate service of a proposed order, DO NOT list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9454 Wilshire Blvd., 6th floor, Beverly Hills, CA 90212-2929

A true and correct copy of the foregoing document described **"NOTICE OF MOTION AND MOTION FOR ORDER AUTHORIZING THE USE OF CASH COLLATERAL DECLARATIONS OF ANDREW ARIZA AND PAUL FLETCHER IN SUPPORT THEREOF"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __Jluy 12, 2011__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __July 12, 2011__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __July 12, 2011__ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| Date | Type Name | Signature |
|---|---|---|
| July 12, 2011 | Nazifa Hafezzada | /s/ Nazifa Hafezzada |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

9

REPLY IN SUPPORT OF DEBTOR'S MOTION FOR AN ORDER
AUTHORIZING THE USE OF CASH COLLATERAL

## SERVICE LIST

***Served Via Electronic Notice***

United States Trustee
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017
ustpregion16.la.ecf@usdoj.gov
dare.law@usdoj.gov
melanie.scott@usdoj.gov

Darlene C Vigil
cdcaecf@bdfgroup.com

Mehrdaud Jafarnia
bknotice@mccarthyholthus.com

Barry R Gore
bgore@scckg.com, nnarag@scckg.com;cbeson@scckg.com

Gerald S Kim
cdcaecf@bdfgroup.com

***Served Via US Mail:***
**Secured Creditors**

Bay Area Financial Corp.
Agent for Service of Process
Vincent Lombardo
12400 Wilshire Blvd., Suite 200
Los Angeles CA. 90025

Indymac Bank
Attn:Bankruptcy
Po Box 4045
Kalamazoo, MI 49003

Wells Fargo Bank N A
Agent for Service of Process
Lawyers Incorporating Services
2730 Gateway Oaks Dr. Ste #100
Sacramento, CA. 95833

**Unsecured Creditors**
Bank of America
Attn: Bankruptcy Department
P.O. Box 26012
Greensboro, NC. 27410

Bank of America FIA Card
Attn: Bankruptcy Department
P.O Box 26012
Greensboro, NC. 27410

Cavalry Portfolio Service
Attn: Deborah Reilly
PO Box 1017
Hawthorne, NY 10532

REPLY IN SUPPORT OF DEBTOR'S MOTION FOR AN ORDER
AUTHORIZING THE USE OF CASH COLLATERAL

| | |
|---|---|
| 1 | Cba Collection Bureau<br>Po Box 5013<br>Hayward, CA 94540 |
| 2 | |
| 3 | Chase<br>201 N. Walnut St//De1-1027<br>Wilmington, DE 19801 |
| 4 | |
| 5 | Credit Management<br>4200 International Pwy<br>Carrolton, TX 75007 |
| 6 | |
| 7 | Designed Receivable<br>1 Centerpointe Drive, Suite 5<br>La Palma, CA 90623 |
| 8 | |
| 9 | Discover Fin<br>Po Box 6103<br>Carol Stream, IL 60197 |
| 10 | |
| 11 | Elvis Pmental<br>PO Box 2321<br>Winnetka, CA 91396 |
| 12 | |
| 13 | Fredrick Hanna & Associate<br>1427 Roswell Rd<br>Marietta, GA 30062 |
| 14 | |
| 15 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-734 |
| 16 | |
| 17 | JPMorgan Chase Legal Dept<br>John Nguyen<br>300 S. Grand Ave, 4th Floor<br>Los Angeles, CA 90071 |
| 18 | |
| 19 | |
| 20 | Marina Del Rey Hospital<br>4650 Lincoln Blvd.<br>Marina Del Rey, CA 90292 |
| 21 | |
| 22 | Pineapple Pools, Inc.<br>PO Box 1352<br>Moorpark, CA 93020 |
| 23 | |
| 24 | Rusher Air Conditioning<br>19626 S. Normandie Ave.<br>Torrance, CA 90502 |
| 25 | |
| 26 | ***Served Via Personal Delivery:***<br>Chambers of Judge Vincent P. Zurzolo |
| 27 | United States Bankruptcy Court – Central District of CA<br>Edward R. Roybal Federal Building and Courthouse |
| 28 | 255 E. Temple Street, Suite 1360<br>Los Angeles, California 90012 |

REPLY IN SUPPORT OF DEBTOR'S MOTION FOR AN ORDER
AUTHORIZING THE USE OF CASH COLLATERAL