**MICHAEL JAY BERGER (State Bar # 100291)**
**LAW OFFICES OF MICHAEL JAY BERGER**
**9454 Wilshire Blvd. 6th Floor**
**Beverly Hills, CA 90212-2929**
**Telephone:    (310) 271-6223**
**Facsimile:    (310) 271-9805**
**michael.berger@bankruptcypower.com**

**Attorney for Debtor,**
**Andrew Ariza**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re | CASE NO.:  2:11-bk-31243-VZ |
| Andrew Ariza, | Chapter 11 |
| | NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM AND INTEREST |
| Debtors. | BAR DATE: October 15, 2011 |

    **PLEASE TAKE NOTICE** that the Bankruptcy Court in the above-referenced chapter 11 bankruptcy case has established **October 15, 2011** as the last day for creditors or interest holders of Andrew Ariza (the "Debtor"), the debtor and debtor in possession herein, to file proofs of claim or interest against the Debtor's estate.

    The exceptions to this deadline for filing proofs of claim or interest are: (1) claims arising from the rejection of executory contracts or unexpired leases, (2) claims of governmental units, and (3)

claims arising as the result of avoidance of a transfer pursuant to chapter 5 of 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

For claims arising from rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a proof of claim is (a) 30 days after the date of the entry of an order authorizing the rejection, or (b) **October 15, 2011**, whichever is later.

For claims of "governmental units," as that term is defined in 11 U.S.C. § 101(27), proofs of claim are timely filed if filed (a) before 180 days after the date of the Order for Relief in this case (*i.e.*, the petition date of October 22, 2010), or (b) by **October 15, 2011**, whichever is later.  11 U.S.C. § 502(b)(9).

For claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a proof of claim is (a) 30 days after the entry of a judgment avoiding the transfer, or (b) **October 15, 2011**, whichever is later.

Copies of the proof of claim form may have previously been sent to you by the Court along with the Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors and Deadlines.  Additional proof of claim forms may be obtained from the Office of the Clerk of the Bankruptcy Court for the Central District of California or from the Court's website: www.cacb.uscourts.gov.

Proofs of claim or interest must be timely filed by **October 15, 2011**, with:

The Clerk of the United States Bankruptcy Court
255 East Temple Street, Room 940
Los Angeles, CA 90012

If you are listed on the Debtor's Schedules of Assets and Liabilities and your claim or interest is not scheduled as disputed, contingent, unliquidated or unknown, your claim or interest is deemed filed in the amount set forth in the Debtor's Schedules of Assets and Liabilities, and the filing of a proof of claim or interest is unnecessary if you agree that the amount scheduled is correct and that the category in which your claim or interest is scheduled (secured, unsecured, preferred stock, common stock, etc.) is correct.  11 U.S.C. § 1111(a).

If your claim or interest is not listed on the Debtor's Schedules of Assets and Liabilities, or is scheduled as disputed, contingent, unliquidated or unknown, or you disagree with the amount or

description scheduled for your claim or interest, you <u>must</u> timely file a proof of claim or interest with the Clerk of the United States Bankruptcy Court.

**Failure of a creditor to timely file a proof of claim or interest on or before the applicable deadline set forth herein may result in disallowance of the claim or interest or subordination under the terms of a plan without further notice or hearing. 11 U.S.C. § 502(b)(9). Creditors and interest holders may wish to consult an attorney to protect their rights.**

Dated: August ___, 2011

LAW OFFICES OF MICHAEL JAY BERGER

By: _____

Michael Jay Berger
Counsel for Debtor,
Andrew Ariza

| In re: Andrew Ariza | CHAPTER:11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:11-bk-31243-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

### PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9454 Wilshire Blvd., 6th floor, Beverly Hills, CA 90212-2929

A true and correct copy of the foregoing document described as "**NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM AND INTEREST**" will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** -- Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ____ 8/15/11  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

⊠    Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On  8/15/11  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

⊠    Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  _____  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/15/11 | Samuel Boyamian | /s/ Samuel Boyamian |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.
*January 2009*                                                                 F 9013-3.1

## SERVICE LIST

*Served Via Electronic Notice:*

Barry R Gore on behalf of Creditor Bay Area Financial Corporation
bgore@scckg.com, nnarag@scckg.com;cbeson@scckg.com

Mehrdaud Jafarnia on behalf of Creditor DLJ Mortgage Capital, Inc., its assignees and/or successors, and the servicing agent Select Portfolio Servicing, Inc.
bknotice@mccarthyholthus.com

Gerald S Kim on behalf of Creditor Deutsche Bank National Trust Company
cdcaecf@bdfgroup.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Melanie C Scott on behalf of U.S. Trustee United States Trustee (LA)
Melanie.Scott@usdoj.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Darlene C Vigil on behalf of Interested Party Courtesy NEF
cdcaecf@bdfgroup.com

*Served Via US Mail:*

Chambers of Judge Vincent P. Zurzolo
United States Bankruptcy Court – Central District of CA
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1360
Los Angeles, California 90012

**Secured Creditors**

Bay Area Financial Corp.
Agent for Service of Process
Vincent Lombardo
12400 Wilshire Blvd., Suite 230
Los Angeles CA. 90025

Deutsche Bank
c/o CT Corporation System
Agent for Service of Process
818 W. 7th St.
Los Angeles, CA 90017

Wells Fargo Bank N A
Agent for Service of Process
Lawyers Incorporating Services
2730 Gateway Oaks Dr. Ste #100
Sacramento, CA. 95833

## 20 Largest Unsecured Creditors

Bank of America
Attn: Bankruptcy Department
P.O. Box 26012
Greensboro, NC. 27410

Bank of America FIA Card
Attn: Bankruptcy Department
P.O Box 26012
Greensboro, NC. 27410

Cavalry Portfolio Service
Attn: Deborah Reilly
PO Box 1017
Hawthorne, NY 10532

Cba Collection Bureau
Po Box 5013
Hayward, CA 94540

Chase
201 N. Walnut St//De1-1027
Wilmington, DE 19801

Credit Management
4200 International Pwy
Carrolton, TX 75007

Designed Receivable
1 Centerpointe Drive, Suite 45
La Palma, CA 90623

Discover Fin
Po Box 6103
Carol Stream, IL 60197

Elvis Pmental
PO Box 2321
Winnetka, CA 91396

Fredrick Hanna & Associates
1427 Roswell Rd
Marietta, GA 30062

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Legal Dept.
John Nguyen
300 S. Grand Ave, 4th Floor
Los Angeles, CA 90071

1

2

Marina Del Rey Hospital
4650 Lincoln Blvd.
Marina Del Rey, CA 90292

3

Pineapple Pools, Inc.
PO Box 1352
Moorpark, CA 93020

4

5

Rusher Air Conditioning
19626 S. Normandie Ave.
Torrance, CA 90502

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28