MICHAEL JAY BERGER (State Bar # 100291)
LAW OFFICES OF MICHAEL JAY BERGER
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Telephone:    (310) 271-6223
Facsimile:    (310) 271-9805
michael.berger@bankruptcypower.com

Attorney for Debtor,
Andrew Ariza

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>Andrew Ariza,<br><br>        Debtor. | CASE NO.:  2:11-bk-31243-VZ<br><br>Chapter 11<br><br>REPLY IN SUPPORT OF DEBTOR'S MOTION FOR ORDER TO VALUE COLLATERAL AND AVOID SECURITY INTEREST (VIENNA WAY); DECLARATION OF PAUL FLETCHER IN SUPPORT THEREOF<br><br>Date: August 23, 2011<br>Time: 11:00 a.m.<br>Place: Courtroom 1368 |

TO THE HONORABLE VINCENT P. ZURZOLO, JUDGE OF THE UNITED STATES BANKRUPTCY COURT, TO THE UNITED STATES TRUSTEE AND TO ALL INTERESTED PARTIES:

Counsel for Andrew Ariza (the "Debtor"), debtor and debtor-in-possession herein, the Law Offices of Michael Jay Berger ("Debtor's Counsel"), submits the following Reply to Bay

Area Financial Corporation's ("Bay Area") opposition (the "Opposition") to Debtor's Motion for Order to Value Collateral and Avoid Security Interest (the "Motion"):

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.  FACTUAL BACKGROUND

On May 16, 2011, Andrew Ariza (the "Debtor"), filed his Chapter 11 bankruptcy - petition. The Debtor resides at his home located at 1357-1359 Vienna Way, Venice, California 90291 (the "Vienna Property"). The Vienna Property is a duplex. The Debtor resides in 1359 Vienna Way and leases 1357 Vienna Way. See Declaration of Andrew Ariza (the "Ariza Declaration"), paragraph 2.

The Debtor currently and historically generates income from two sources: from the Vienna Property and from the Debtor's job as a design and construction consultant. See Ariza Declaration, paragraph 3.

The Vienna Property is encumbered by three deeds of trust securing promissory notes given by the Debtor. The first note secured by a deed of trust (the "First Deed of Trust") is held by Deutsche Bank National Trust Company ("Deutsche") in the approximate current amount of $922,580.00. The second note secured by a deed of trust (the "Second Deed of Trust") is held by Wells Fargo Bank, N.A. ("Wells Fargo"; collectively with Bay Area and Deutsche, the "Secured Creditors"), in the approximate current amount of $249,907.00. The third note secured by a deed of trust (the "Third Deed of Trust") is held by Bay Area (collectively with Deutsche and Wells Fargo, the "Secured Creditors") in the approximate current amount of $249,692.00. See Ariza Declaration, paragraph 4-7.

## II. EX PARTE MOTION OF BAY AREA FOR CONTINUANCE OF HEARING ON THE MOTION

On August 9, 2011, Bay Area filed an Ex Parte Motion for Continuance of Hearing on the Motion (the "Ex Parte Motion"). The Ex Parte Motion requested that the hearing date for the Motion be postponed to February 23, 2012, the deadline set by the Court as the last day for a disclosure statement hearing for this case.

On August 11, 2011, the Court denied the Ex Parte Motion as Bay Area failed to show cause for a continuance.

## III. FILING OF DISCLOSURE STATEMENT AND PLAN OF REORGANIZATION

Throughout its Objection, Bay Area continuously returns to the fact that a value should not be assigned to the Vienna Property based on the appraisal because the deadline for the last day for a disclosure statement hearing to be heard by the Court has been set for February 23, 2012.

While this is correct, Bay Area seems to lack the understanding that just because a deadline is set by the Court that is not a concrete date. In the instant case, it is Debtor's intention to file a plan with the Court by mid-September, in approximately one month's time. The Debtor's intention is to value the Vienna Property in conjunction with the preparation of a plan of reorganization. Without the Court valuing the Vienna Property, the Debtor would be unable to submit an effective plan of reorganization.

## IV. APPRAISAL DATED MARCH 10, 2011

The appraisal provided by the Debtor in the Motion is dated March 10, 2011. This appraisal is not considered outdated as it is only 5 months old. If the appraisal was a year old, that may be a different story in this fluctuating real estate market. However, Bay Area had

REPLY IN SUPPORT OF DEBTOR'S MOTION FOR AN ORDER
TO VALUE COLLATERAL AND AVOID SECURITY INTEREST (VIENNA WAY)

1  ample time to provide their own appraisal to show what they believe the value of the Vienna

2  Property is, but failed to do that.

3  V.   **THE CORRECT FORUM FOR A VALUATION MOTION IS NOT AN**

4  **ADVERSARY PROCEEDING**

5

6  The correct forum to value a property in a Chapter 11, is in the bankruptcy itself. The

7  valuation of the Vienna Property, will serve the purposes of the ongoing bankruptcy case, and

8  therefore, should be correctly addressed in the bankruptcy. The reason the Debtor brought the

9  valuation motion at this time is two-fold. First, is to file a plan of reorganization with the correct

10 value in the next month. Second, because of the discussion that arose at the hearing on the first

11 cash collateral motion, and upon the Judge's suggestion, the Debtor has filed this Motion, in

12

13 order to simplify any further confusion as to the true value of the Vienna Property.

14 VI.  **THE DEBTOR'S APPRAISAL SHOULD REMAIN ADMISSIBLE**

15

16 The Evidentiary Objection to and Motion to Strike Portions of Declaration of Paul

17 Fletcher in Support of Motion for Order to Value Collateral and Avoid Security Interest (the

18 "Evidentiary Objection") filed by Bay Area should be overruled.

19 The appraisal provided by Paul Fletcher is a true and accurate reflection of the value of

20 the Vienna Property. The license provided in the appraisal was Mr. Fletcher's updated license,

21

22 to show that Mr. Flecther had a current real estate appraisers license, since the previous one had

23 expired on April 22, 2011, a date prior to the date of the filing of the Motion. Mr. Fletcher has

24 been a licensed real estate appraiser since approximately 1992. He has conducted

25 approximately 5000 appraisals on residential properties. See Declaration of Paul Fletcher

26 ("Fletcher Declaration"), para. 2-3. Attached to the Fletcher Declaration, is a true and correct

27

28

copy, of Mr. Fletcher's real estate appraiser license issued on April 23, 2009 and expired on April 22, 2011.

Mr. Fletcher's declaration in support of the Motion was signed under penalty of perjury, and incorporated therein the appraisal he conducted on March 10, 2011. Therefore, his testimony under penalty of perjury would encompass his declaration as well as his appraisal.

## II.  CONCLUSION

Based upon the foregoing, the Court should establish a value of the Debtor's Residence at $1,100,000.00 and bifurcate and/or void the claim of Bay Area as requested herein.

Dated: August 16, 2011

**LAW OFFICES OF MICHAEL JAY BERGER**

By: _____
Michael Jay Berger
Counsel for Debtor,
Andrew Ariza

## DECLARATION OF PAUL FLETCHER

I, Paul Fletcher, declare and state as follows:

1. I am a certified real estate appraiser, State of California license number AR011635. I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently do so.

2. I am been a licensed real estate appraiser since approximately 1992.

3. I have conducted approximately 5,000 appraisals on residential properties.

4. Attached hereto, and incorporated by this reference, is a true and correct copy, of my real estate appraiser license issued on April 23, 2009 and expired on April 22, 2011.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration is executed on August 16, 2011 at Los Angeles, California.

*[signature]*
Paul Fletcher

**EXHIBIT 1**



Certification

| In re: Andrew Ariza | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 2:11-bk-31243-VZ |

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9454 Wilshire Blvd., 6th floor, Beverly Hills, CA 90212-2929

A true and correct copy of the foregoing document described "**REPLY IN SUPPORT OF DEBTOR'S MOTION FOR ORDER TO VALUE COLLATERAL AND AVOID SECURITY INTEREST ( VIENNA WAY); DECLARATION OF PAUL FLETCHER IN SUPPORT THEREOF**" will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On __8/16/11__ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On __8/16/11__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __8/16/11__ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/16/11 | Samuel Boyamian | /s/ Samuel Boyamian |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.
January 2009                                                                                                                                                F 9013-3.1

7
REPLY IN SUPPORT OF DEBTOR'S MOTION FOR AN ORDER
TO VALUE COLLATERAL AND AVOID SECURITY INTEREST (VIENNA WAY)

# SERVICE LIST

*Served Via Electronic Notice*

Barry R Gore on behalf of Creditor Bay Area Financial Corporation
bgore@scckg.com, nnarag@scckg.com;cbeson@scckg.com

Mehrdaud Jafarnia on behalf of Creditor DLJ Mortgage Capital, Inc., its assignees and/or successors, and the servicing agent Select Portfolio Servicing, Inc.
bknotice@mccarthyholthus.com

Gerald S Kim on behalf of Creditor Deutsche Bank National Trust Company
cdcaecf@bdfgroup.com

Dare Law on behalf of U.S. Trustee United States Trustee (LA)
dare.law@usdoj.gov

Melanie C Scott on behalf of U.S. Trustee United States Trustee (LA)
Melanie.Scott@usdoj.gov

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

Darlene C Vigil on behalf of Interested Party Courtesy NEF
cdcaecf@bdfgroup.com

*Served Via US Mail:*

**Secured Creditors**

Bay Area Financial Corp.
Agent for Service of Process
Vincent Lombardo
12400 Wilshire Blvd., Suite 230
Los Angeles CA. 90025

Indymac Bank
Attn:Bankruptcy
Po Box 4045
Kalamazoo, MI 49003

Wells Fargo Bank N A
Agent for Service of Process
Lawyers Incorporating Services
2730 Gateway Oaks Dr. Ste #100
Sacramento, CA. 95833

**Unsecured Creditors**

Bank of America
Attn: Bankruptcy Department
P.O. Box 26012
Greensboro, NC. 27410

Bank of America FIA Card

1  Attn: Bankruptcy Department
   P.O Box 26012
2  Greensboro, NC. 27410

3  Cavalry Portfolio Service
   Attn: Deborah Reilly
   PO Box 1017
4  Hawthorne, NY 10532

5  Cba Collection Bureau
   Po Box 5013
6  Hayward, CA 94540

7  Chase
   201 N. Walnut St//De1-1027
8  Wilmington, DE 19801

9  Credit Management
   4200 International Pwy
10 Carrolton, TX 75007

11 Designed Receivable
   1 Centerpointe Drive, Suite 45
12 La Palma, CA 90623

13 Discover Fin
   Po Box 6103
14 Carol Stream, IL 60197

15 Elvis Pmental
   PO Box 2321
16 Winnetka, CA 91396

17 Fredrick Hanna & Associates
   1427 Roswell Rd
18 Marietta, GA 30062

19 Internal Revenue Service
   PO Box 7346
20 Philadelphia, PA 19101-7346

21 JPMorgan Chase Legal Dept.
   John Nguyen
22 300 S. Grand Ave, 4th Floor
23 Los Angeles, CA 90071

24 Marina Del Rey Hospital
   4650 Lincoln Blvd.
25 Marina Del Rey, CA 90292

26 Pineapple Pools, Inc.
   PO Box 1352
27 Moorpark, CA 93020

28

REPLY IN SUPPORT OF DEBTOR'S MOTION FOR AN ORDER
TO VALUE COLLATERAL AND AVOID SECURITY INTEREST (VIENNA WAY)

1  Rusher Air Conditioning
   19626 S. Normandie Ave.
2  Torrance, CA 90502

3  *Served Via Personal Delivery:*

4  Chambers of Judge Vincent P. Zurzolo
   United States Bankruptcy Court – Central District of CA
5  Edward R. Roybal Federal Building and Courthouse
   255 E. Temple Street, Suite 1360
6  Los Angeles, California 90012

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28