1  BARRY R. GORE, ESQ. SBN 143278
   ANTHONY J. ROTHMAN, ESQ. SBN 143546
2  SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE
   A Professional Law Corporation
3  3424 Carson Street, Suite 350
   Torrance, California 90503
4  (310) 542-0111 Telephone
   (310) 214-7254 Facsimile

Bankruptcy Counsel to Creditor Bay Area Financial Corporation

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:11-bk-31243-VZ |
| Andrew Ariza, | Chapter 11 |
| Debtor and Debtor in Possession. | **DECLARATION OF ROY MEYER REGARDING APPRAISAL PREPARED FOR BAY AREA FINANCIAL CORPORATION**<br><br>Date: September 20, 2011<br>Time: 11:00 a.m.<br>Place: Courtroom 1568 |

1

**DECLARATION OF ROY MEYER**

I, Roy Meyer, declare as follows:

1. I am a licensed California Certified Real Estate Appraiser, Office of Real Estate Appraisers Identification Number 017734, and I have had that license at least since 1992; I have been continually licensed since that time and in good standing; my current license was issued on May 7, 2011 and extends to May 6, 2013; a true and correct copy of my license is attached hereto as Exhibit "1."

2. All the statements made herein are personally known to me or known by me through an examination of the records cited in the appraisal report which is the subject of this Declaration, or from the business records of Meyer Appraisal, which are obtained, maintained and created in the ordinary course of business. If called upon as a witness in this matter, I would and could competently testify thereto.

3. This Declaration is in support of "Objection To Debtor's Motion For Order To Value Collateral And A Void Security Interest (Vienna Way)" ("Objection to Valuation Motion") and "Objection To Debtor's Motion For Order Authorizing The Use Of Cash Collateral By Bay Area Financial Corporation" which are being filed by Bay Area Financial Corporation ("Bay Area") and other pleadings that Bay Area may file in this bankruptcy case. Capitalized terms that are not defined herein are defined in the Objection to Valuation Motion.

4. I am the owner of Meyer Appraisal, Inc. ("Meyer Appraisal").

5. I have conducted over 10,000 appraisals as both an appraiser and a review appraiser, a number of which were in the Venice area. I am very familiar that market.

6. Bay Area Financial Corporation retained Meyer Appraisal to provide an appraisal of real property located at 1357-1359 Vienna Way, Venice, California 90291 (the "Property") and asked me to analyze and respond to the appraisal that was attached to the Motion to Value (the "Debtor's Appraisal").

7. Attached hereto as Exhibit "2" is a true and correct copy of the Appraisal of Duplex Located at 1357-1359 Vienna Way, Los Angeles (Venice Area), CA 90291"

("Appraisal"), prepared by me. The value of the Subject Property, as stated in the Appraisal, is $1,193,000.00 as of August 30, 2011.

8.   The Debtor's Appraisal concluded that the value of the Property as of March 10, 2011 was $1,100,000.00. I also reviewed the 2006 appraisal obtained by Bay Area (the "2006 Appraisal"), a true and correct copy of which is attached hereto as Exhibit "3."

9.   I reviewed the Debtor's Appraisal and found that I disagree with the approach to set forth in the Debtor's Appraisal for a number of reasons, which include:

(a) my appraisal is an exterior appraisal, but from the 2006 Appraisal, I concluded that extensive renovations were done to the Property and they were "high end" upgrades because of the large amount of money expended on them for the size of the Property, so I concluded the condition of the Property is Very Good from the 2006 Appraisal. In contrast, the Debtor's Appraisal treated the Property as in just "Average" condition, apparently giving no credit for the extensive upgrades. Debtor's Appraisal at page 4 (Description of Improvements);

(b) while I relied on one of the same "comps" (comparable properties) – 1228 Appleton Way, Venice, California ("1228 Appleton Way") – as the Debtor's Appraisal, the Debtor's Appraisal is dated March 10, 2011, which is nearly six months old and slightly out of date for determining current value, and additionally, it did not include the four comps in my appraisal that were from sales after that date.

(c) in the adjustments for comparables for condition (Docket No. 61-1 at pp. 7 and 12), the Debtor's Appraisal uses $100,000 in every instance as the adjustment for differences in condition between comparables and the Property, but such a cookie cutter approach is not considered best practice when analyzing a subject property and adjusting the sales prices of individual properties to determine the "comparable" value of the subject property.

(d) in my opinion, the best comparable for the Property as of August 30, 2011 is 1228 Appleton Way, which is approximately one block away from the Property. 1228 Appleton Way

1. was included in both appraisals, and I decreased the sales price by $57,000 mainly because of
2. the room count (-$10,000) and number of garages (-$15,000) and the size of the living area in
3. 1228 Appleton was 700 square feet larger than the Property (-$52,500); I calculated this
4. adjustment of $52,500 based on $75 per square foot based on my experience in the area.
5. However, the Debtor's Appraisal decreased the price of this comparable by $182,000,
6. consisting of $100,000 because Appleton was in "superior" condition and decreased the price
7. by $70,000 because of the larged size of the living area of 1228 Appleton. As noted above, the
8. condition of the Property is not so inferior to 1228 Appleton that an adjustment of $100,000 is
9. warranted, especially noting the extensive remodeling and upgrades to the Property, and as
10. noted above, this $100,000 is the same blanket adjustment of $100,000 that was used for other
11. comps across the board by the Debtor's Appraisal. .
12.     I declare under penalty of perjury pursuant to the laws of the United States of America
13. that the foregoing is true and correct. Executed this 6th day of September, 2011 in
14. GARDEN GROVE, California.

_Roy Meyer_
Roy Meyer

Case 2:11-bk-31243-VZ    Doc 64    Filed 09/06/11    Entered 09/06/11 13:12:26    Desc
Main Document    Page 5 of 18

# EXHIBIT "1"

Business, Transportation & Housing Agency

STATE OF CALIFORNIA

OFFICE OF REAL ESTATE APPRAISERS

REAL ESTATE APPRAISER LICENSE

ROY L. MEYER

has successfully met the requirements for a license as a residential real estate appraiser in the State of California and is, therefore, entitled to use the title "Certified Residential Real Estate Appraiser".

This license has been issued in accordance with the provisions of the Real Estate Appraisers' Licensing and Certification Law.

OREA APPRAISER IDENTIFICATION NUMBER    AR017734

Date Issued:    May 7, 2011
Date Expires:    May 6, 2013

Bob Clark
Director, OREA


Audit No. 132323

THIS DOCUMENT CONTAINS A TRUE WATERMARK - HOLD UP TO LIGHT TO SEE "SAFE" AND "VERIFY FIRST"

# EXHIBIT "2"

MEYER APPRAISAL, INC

File No. 11082604

********* INVOICE *********

File Number: 11082604                                              08/30/2011

Bay Area Financial Corp
12400 Wilshire Blvd, #350
Los Angeles, CA 90025

Borrower :         Ariza

Form 2055 - Drive By

1357-1359 Vienna Way
Los Angeles (Venice Area), CA 90291

|                           |                    |
|---------------------------|--------------------|
| Appraisal Fee Due         | $400.00            |
|                           | $ -------------    |
| Invoice Total             | $400.00            |
| Deposit                   | ($400.00    )      |
| Deposit                   | ($           )     |
|                           | -------------      |
| Amount Due                | $0.00              |

Terms:  COD

Please Make Check Payable To:

Meyer Appraisal, Inc
12792 Valley View Ste, Ste 205
Garden Grove, CA 92845

Fed. I.D. #: 33-0814341

PAID IN FULL

12792 Valley View St, Garden Grove, CA 92845 (714-248-9384)

MEYER APPRAISAL, INC

File No. 11082604

# APPRAISAL OF



DUPLEX

## LOCATED AT:

1357-1359 Vienna Way
Los Angeles (Venice Area), CA 90291

## FOR:

Bay Area Financial Corp
12400 Wilshire Blvd, #350
Los Angeles, CA 90025

## BORROWER:

Ariza

## AS OF:

August 30, 2011

## BY:

Roy Meyer
California Certified Real Estate Appraiser

12792 Valley View St, Garden Grove, CA 92845 (714-248-9384)

## Exterior-Only Inspection Residential Appraisal Report    File No. 11082604

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

### SUBJECT

| Field | Value |
|---|---|
| Property Address | 1357-1359 Vienna Way |
| City | Los Angeles (Venice Area) |
| State | CA |
| Zip Code | 90291 |
| Borrower | Ariza |
| Owner of Public Record | Ariza |
| County | Los Angeles |
| Legal Description | Durley Park, Lot 20 |
| Assessor's Parcel # | 4242-014-011 |
| Tax Year | 2011 |
| R.E. Taxes $ | 11,303.14 |
| Neighborhood Name | "Venice Area" |
| Map Reference | 672 A4 |
| Census Tract | 2737.00 |
| Occupant | [X] Owner [X] Tenant [ ] Vacant |
| Special Assessments $ | N/A |
| PUD | [ ] |
| HOA $ | N/A [ ] per year [ ] per month |
| Property Rights Appraised | [X] Fee Simple [ ] Leasehold [ ] Other (describe) |
| Assignment Type | [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) Estimate current fair market value for internal use of lender. |
| Lender/Client | Bay Area Financial Corp    Address 12400 Wilshire Blvd, #350, Los Angeles, CA 90025 |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No

Report data source(s) used, offering price(s), and date(s). The data sources used within this report to verify information regarding both the subject and comparables include Real Quest, Mls, local realtors, respective listing agents and public records.

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.
N/A

### CONTRACT

Contract Price $ N/A    Date of Contract N/A    Is the property seller the owner of public record? [ ] Yes [ ] No    Data Source(s) N/A

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid.    N/A    N/A

### NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location [ ] Urban [X] Suburban [ ] Rural | Property Values [ ] Increasing [X] Stable [ ] Declining | PRICE $(000) / AGE (yrs) | One-Unit 85 % |
| Built-Up [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/Supply [ ] Shortage [X] In Balance [ ] Over Supply | 750 Low / New | 2-4 Unit 5 % |
| Growth [ ] Rapid [X] Stable [ ] Slow | Marketing Time [ ] Under 3 mths [X] 3-6 mths [ ] Over 6 mths | 3,100 High / 100 | Multi-Family 2 % |
| | | 1150+ Pred. / 65+ | Commercial 8 % |
| | | | Other % |

Neighborhood Boundaries NORTH: Dewey St / SOUTH: Washington Blvd / EAST: Centinela Ave / WEST: Dewey St.

Neighborhood Description    See Attached Addendum

Market Conditions (including support for the above conclusions)    See Attached Addendum

### SITE

| Field | Value |
|---|---|
| Dimensions | 62.77 x 173.50 |
| Area | 10,891 SF |
| Shape | Rectangular |
| View | Neighborhood |
| Specific Zoning Classification | LAR1 |
| Zoning Description | Single Family Residence |
| Zoning Compliance | [ ] Legal [X] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (describe) |

Is the highest and best use of the subject property as improved (or as proposed per plans and specifications) the present use? [X] Yes [ ] No    If No, describe. See Attached Addendum

| Utilities | Public | Other (describe) | | Public | Other (describe) | Off-site Improvements—Type | Public | Private |
|---|---|---|---|---|---|---|---|---|
| Electricity | [X] | | Water | [X] | | Street Asphalt | [X] | [ ] |
| Gas | [X] | | Sanitary Sewer | [X] | | Alley In rear | | [X] |

FEMA Special Flood Hazard Area [ ] Yes [X] No    FEMA Flood Zone X    FEMA Map # 060137-1590F    FEMA Map Date 09/26/08

Are the utilities and off-site improvements typical for the market area? [X] Yes [ ] No    If No, describe. N/A

Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No    If Yes, describe. See Attached Addendum

### IMPROVEMENTS

Source(s) Used for Physical Characteristics of Property [ ] Appraisal Files [X] MLS [X] Assessment and Tax Records [ ] Prior Inspection [ ] Property Owner
[X] Other (describe) Previous appraisal    Data Source(s) for Gross Living Area Real Quest

| GENERAL DESCRIPTION | GENERAL DESCRIPTION | Heating / Cooling | Amenities | Car Storage |
|---|---|---|---|---|
| Units [ ] One [X] One with Accessory Unit | [X] Concrete Slab [X] Crawl Space | [ ] FWA [ ] HWBB | Fireplace(s) # | [ ] None |
| # of Stories 2 det units / 1 story each | [ ] Full Basement [ ] Finished | [ ] Radiant | [ ] WoodStove(s) # | [X] Driveway # of Cars 4 spcs |
| Type [X] Det. [ ] Att. [ ] S-Det./End Unit | [ ] Partial Basement [ ] Finished | [X] Other Unknown | [X] Patio/Deck | Driveway Surface Concrete |
| [X] Existing [ ] Proposed [ ] Under Const. | Exterior Walls Stucco | Fuel Gas | [X] Porch | [X] Garage # of Cars 2 |
| Design (Style) Conventional | Roof Surface Comp shgl | [ ] Central Air Conditioning | [X] Pool IG pool | [ ] Carport # of Cars |
| Year Built 1960 | Gutters & Downspouts Alum | [ ] Individual | [X] Fence | [X] Attached [ ] Detached |
| Effective Age (Yrs) 35 +/- | Window Type Dual pane | [X] Other Unknown | [X] Other IG spa | [ ] Built-in |

Appliances [ ] Refrigerator [X] Range/Oven [X] Dishwasher [X] Disposal [X] Microwave [ ] Washer/Dryer [ ] Other (describe)

Finished area above grade contains:    10 Rooms    5 Bedrooms    2 Bath(s)    2,255 Square Feet of Gross Living Area Above Grade

Additional features (special energy efficient items, etc.)    See Attached Addendum

Describe the condition of the property and data source(s) (including apparent needed repairs, deterioration, renovations, remodeling, etc.).    See Attached Addendum

Are there any apparent physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No    If Yes, describe.
N/A

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No    If No, describe. N/A

Exterior-Only Inspection Residential Appraisal Report    File No. 11082604

There are 7 comparable properties currently offered for sale in the subject neighborhood ranging in price from $ 900,000 to $ 1,550,000
There are 8 comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ 850,000 to $ 1,450,000

| FEATURE | SUBJECT | COMPARABLE SALE NO. 1 | | COMPARABLE SALE NO. 2 | | COMPARABLE SALE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 1357-1359 Vienna Way<br>Los Angeles (Venice Area) | 1228 Appleton Way<br>Los Angeles (Venice Area) | | 710 Palms Blvd<br>Los Angeles (Venice Area) | | 665 Milwood Ave<br>Los Angeles (Venice Area) | |
| Proximity to Subject | | 0.28 miles WNW | | 0.91 miles SW | | 0.96 miles SW | |
| Sale Price | $ N/A | | $ 1,250,000 | | $ 1,175,000 | | $ 1,150,000 |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 423.01 sq. ft. | | $ 821.68 sq. ft. | | $ 687.39 sq. ft. | |
| Data Source(s) | | Real Quest, MLS | | Real Quest, MLS | | Real Quest, MLS | |
| Verification Source(s) | | County Assessor, Realtor | | County Assessor, Realtor | | County Assessor, Realtor | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing<br>Concessions | | Conv Financing<br>Concessions | None | Conv Financing<br>Concessions | None | Cash Sale<br>Concessions | None |
| Date of Sale/Time | | 11/02/2010 | | 07/22/2011 | | 07/15/2011 | |
| Location | Good | Good | | Superior (-10%) | -117,500 | Superior (-10%) | -115,000 |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 10,891 SF | 10,892 SF | | 5299 SF | 55,900 | 5887 SF | 50,100 |
| View | Neighborhood | Neighborhood | | Neighborhood | | Neighborhood | |
| Design (Style) | Duplex/Good | Duplex/Good | | Duplex/Good | | Duplex/Good | |
| Quality of Construction | Good | Good | | Good | | Good | |
| Actual Age | 51 Years | 32 Years | Sim Eff | 51 Years | Inf Eff | 60 Years | Inf Eff |
| Condition | Very Good | Very Good | | Average | 50,000 | Good | 25,000 |
| Above Grade Room Count | Total 10 / Bdrms 5 / Baths 2 | Total 10 / Bdrms 4 / Baths 4 | -10,000 | Total 7 / Bdrms 3 / Baths 3 | 10,000 | Total 7 / Bdrms 3 / Baths 2 | 20,000 |
| Gross Living Area | 2,255 sq. ft. | 2,955 sq. ft. | -52,500 | 1,430 sq. ft. | 61,875 | 1,673 sq. ft. | 43,650 |
| Basement & Finished<br>Rooms Below Grade | N/A<br>N/A | ML#S10040270<br>$1.3M/182 DOM | | MLS#11532089<br>$1.225M/5 DOM | | MLS#11526821<br>$1.249M/21DOM | |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Adeq/None | Adeq/None | | Adeq/None | | Adeq/None | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | Garage 2 | Garage 4 | -15,000 | Garage 2 | | Garage 2 | |
| Porch/Patio/Deck | Patio, Deck | Porch, Patio | | Porch, Patio | | Porch, Patio | |
| Amenities | Pool, Spa | No Pool-Spa | 20,000 | No Pool-Spa | 20,000 | No Pool-Spa | 20,000 |
| Lnd/Hrdscp | Average | Average | | Average | | Average | |
| Closing Doc's | N/A | Doc#1571979 | | Doc#981381 | | Doc#952569 | |
| Net Adjustment (Total) | | [ ]+ [X]- $ | 57,500 | [X]+ [ ]- $ | 80,275 | [X]+ [ ]- $ | 43,750 |
| Adjusted Sale Price<br>of Comparables | | Net Adj. -4.6%<br>Gross Adj. 7.8% | $ 1,192,500 | Net Adj. 6.8%<br>Gross Adj. 26.8% | $ 1,255,275 | Net Adj. 3.8%<br>Gross Adj. 23.8% | $ 1,193,750 |

[X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain    N/A

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data source(s)  Real Quest, Pub. Records
My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data source(s)  Real Quest, Pub. Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE NO. 1 | COMPARABLE SALE NO. 2 | COMPARABLE SALE NO. 3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 04/29/2003 | 11/04/1994 | 04/07/1993 | 06/03/1996 |
| Price of Prior Sale/Transfer | $750,000/Grant Deed | Unreported | Unreported | $220,000/Grant Deed |
| Data Source(s) | Real Quest | Real Quest | Real Quest | Real Quest |
| Effective Date of Data Source(s) | 08/30/2011 | 08/30/2011 | 08/30/2011 | 08/30/2011 |

Analysis of prior sale or transfer history of the subject property and comparable sales   The subject has not transferred or sold within the past 3 years nor have the comparables utilized in this report transferred or sold within the past year.

Summary of Sales Comparison Approach.   See Attached Addendum

Indicated Value by Sales Comparison Approach $ 1,193,000
Indicated Value by: Sales Comparison Approach $ 1,193,000     Cost Approach (if developed) $ N/A     Income Approach (if developed) $ N/A
The sales comparison analysis was considered to be the best indicator of value for the subject property while both the cost and income approach were not used due to insufficient relevant data.

This appraisal is made [X] "as is," [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:   No conditions. See the attached appraiser's certification and statement of limiting conditions.

Based on a visual inspection of the exterior areas of the subject property from at least the street, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 1,193,000 as of 08/30/2011    , which is the date of inspection and the effective date of this appraisal.

Exterior-Only Inspection Residential Appraisal Report  File No. 11082604

### ADDITIONAL COMMENTS

### COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)  N/A

| COST APPROACH | |
|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☐ REPLACEMENT COST NEW | OPINION OF SITE VALUE ............................................. = $   N/A |
| Source of cost data  N/A | Dwelling       Sq. Ft. @ $           ............. = $   N/A |
| Quality rating from cost service  N/A   Effective date of cost data  N/A |            Sq. Ft. @ $           ............. = $   N/A |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | N/A |
| N/A | Garage/Carport   Sq. Ft. @ $           ............. = $   N/A |
| | Total Estimate of Cost-New          ............. = $   N/A |
| | Less  50  Physical | Functional | External |
| | Depreciation                       = $ (   N/A) |
| | Depreciated Cost of Improvements ................................ = $   N/A |
| | "As-is" Value of Site Improvements ............................... = $   N/A |
| | N/A |
| Estimated Remaining Economic Life (HUD and VA only)   N/A Years | INDICATED VALUE BY COST APPROACH ...................... = $   N/A |

### INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $   N/A  X Gross Rent Multiplier  N/A  = $   N/A  Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)  N/A

### PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes ☐ No   Unit type(s)  ☐ Detached  ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal name of project  N/A
Total number of phases  N/A   Total number of units  N/A   Total number of units sold  N/A
Total number of units rented  N/A   Total number of units for sale  N/A   Data source(s)  N/A
Was the project created by the conversion of an existing building(s) into a PUD?  ☐ Yes ☐ No   If Yes, date of conversion.  N/A
Does the project contain any multi-dwelling units?  ☐ Yes ☐ No   Data source(s)  N/A
Are the units, common elements, and recreation facilities complete?  ☐ Yes ☐ No   If No, describe the status of completion.  N/A

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes ☐ No   If Yes, describe the rental terms and options.  N/A

Describe common elements and recreational facilities.  N/A

Exterior-Only Inspection Residential Appraisal Report     File No. 11082604

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

**SCOPE OF WORK:** The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a visual inspection of the exterior areas of the subject property from at least the street, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

The appraiser must be able to obtain adequate information about the physical characteristics (including, but not limited to, condition, room count, gross living area, etc.) of the subject property from the exterior-only inspection and reliable public and/or private sources to perform this appraisal. The appraiser should use the same type of data sources that he or she uses for comparable sales such as, but not limited to, multiple listing services, tax and assessment records, prior inspections, appraisal files, information provided by the property owner, etc.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this appraisal report is the lender/client.

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:** The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

5. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Exterior-Only Inspection Residential Appraisal Report    File No. 11082604

**APPRAISER'S CERTIFICATION:** The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a visual inspection of the exterior areas of the subject property from at least the street. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

Exterior-Only Inspection Residential Appraisal Report   File No. 11082604

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:** The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature _Roy Meyer_ | Signature _____ |
| Name Roy Meyer | Name _____ |
| Company Name Meyer Appraisal, Inc | Company Name _____ |
| Company Address 12792 Valley View St, Ste 205 Garden Grove, CA 92845 | Company Address _____ |
| Telephone Number 714-248-9384 | Telephone Number _____ |
| Email Address roy@roymeyer.com | Email Address _____ |
| Date of Signature and Report 08/30/2011 | Date of Signature _____ |
| Effective Date of Appraisal 08/30/2011 | State Certification # _____ |
| State Certification # AR017734 | or State License # _____ |
| or State License # _____ | State _____ |
| or Other (describe) _____ State # _____ | Expiration Date of Certification or License _____ |
| State CA | |
| Expiration Date of Certification or License 05/06/2013 | |

ADDRESS OF PROPERTY APPRAISED
1357-1359 Vienna Way
Los Angeles (Venice Area), CA 90291

APPRAISED VALUE OF SUBJECT PROPERTY $ 1,193,000

LENDER/CLIENT
Name Kim Wizer
Company Name Bay Area Financial Corp
Company Address 12400 Wilshire Blvd, #350
Los Angeles, CA 90025
Email Address kwizer@bayareafc.com

SUBJECT PROPERTY
☐ Did not inspect exterior subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection _____

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection _____

Exterior-Only Inspection Residential Appraisal Report    File No. 11082604

| FEATURE | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 1357-1359 Vienna Way Los Angeles (Venice Area) | 730 Superba Ave Los Angeles (Venice Area) | | 1315 Palms Blvd Los Angeles (Venice Area) | | | |
| Proximity to Subject | | 0.83 miles SW | | 0.13 miles WNW | | | |
| Sale Price | $ N/A | | $ 1,150,000 | | $ 1,499,000 | | $ |
| Sale Price/Gross Liv. Area | $ 0.00 sq. ft. | $ 704.23 sq. ft. | | $ 347.63 sq. ft. | | $ sq. ft. | |
| Data Source(s) | | Real Quest, MLS | | Real Quest, MLS | | | |
| Verification Source(s) | | County Assessor, Realtor | | County Assessor, Realtor | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sale or Financing Concessions | | Conv Financing Concessions | None | N/A N/A | | | |
| Date of Sale/Time | | 04/29/2011 | | L/S Ratio (-7%) | -104,900 | | |
| Location | Good | Superior (-10%) | -115,000 | Good | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 10,891 SF | 3599 SF | 72,900 | 10,896 SF | | | |
| View | Neighborhood | Neighborhood | | Neighborhood | | | |
| Design (Style) | Duplex/Good | Duplex/Good | | Duplex/Good | | | |
| Quality of Construction | Good | Good | | Good | | | |
| Actual Age | 51 Years | 71 Years | Sim Eff | 23 Years | Sim Eff | | |
| Condition | Very Good | Very Good | | Very Good | | | |
| Above Grade Room Count | Total 10 / Bdrms 5 / Baths 2 | Total 7 / Bdrms 3 / Baths 2 | 20,000 | Total 10 / Bdrms 6 / Baths 6 | -50,000 | Total / Bdrms / Baths | |
| Gross Living Area | 2,255 sq. ft. | 1,633 sq. ft. | 46,650 | 4,312 sq. ft. | -154,275 | sq. ft. | |
| Basement & Finished Rooms Below Grade | N/A N/A | MLS#10486573 $1.99M/32 DOM | | MLS#11517123 $1.49M/152DOM | | | |
| Functional Utility | Average | Average | | Average | | | |
| Heating/Cooling | Adeq/None | Adeq/None | | Adeq/None | | | |
| Energy Efficient Items | Standard | Standard | | Standard | | | |
| Garage/Carport | Garage 2 | Garage 3 | -7,500 | Garage 4 | -15,000 | | |
| Porch/Patio/Deck | Patio, Deck | Porch, Patio | | Porch, Patio | | | |
| Amenities | Pool, Spa | No Pool-Spa | 20,000 | No Pool-Spa | 20,000 | | |
| Lnd/Hrdscp | Average | Average | | Average | | | |
| Closing Doc's | N/A | Doc#622086 | | N/A | | | |
| Net Adjustment (Total) | | [X]+ [ ]- | $ 37,050 | [ ]+ [X]- | $ 304,175 | [ ]+ [ ]- | $ |
| Adjusted Sale Price of Comparables | | Net Adj. 3.2% Gross Adj. 24.5% | $ 1,187,050 | Net Adj. -20.3% Gross Adj. 23.0% | $ 1,194,825 | Net Adj. % Gross Adj. % | $ |
| ITEM | SUBJECT | COMPARABLE SALE NO. 4 | | COMPARABLE SALE NO. 5 | | COMPARABLE SALE NO. 6 | |
| Date of Prior Sale/Transfer | 04/29/2003 | 07/01/2005 | | 02/06/1986 | | | |
| Price of Prior Sale/Transfer | $750,000/Grant Deed | $1,350,000/Grant Deed | | $141,000/Deed (Reg) | | | |
| Data Source(s) | Real Quest | Real Quest | | Realist | | | |
| Effective Date of Data Source(s) | 08/30/2011 | 08/30/2011 | | 08/25/2011 | | | |

Summary of Sales Comparison Approach   Additional comparables submitted to help further support the final estimate of value.

**ADDENDUM**

| | |
|---|---|
| Borrower: Ariza | File No.: 11082604 |
| Property Address: 1357-1359 Vienna Way | Case No.: |
| City: Los Angeles (Venice Area)    State: CA | Zip: 90291 |
| Lender: Bay Area Financial Corp | |

**Neighborhood Description**
The market area consists of a good mix of SFR's, 2-4's, condos, light apartments and light commercial all in average to good condition. The topography is level. Proximity to employment centers, freeways, schools & other supporting facilities is good. Employment opportunities appear stable in varying fields with an average commute of 5-30 miles. No adverse conditions or influences were noted affecting marketability on the date of inspection. * The subject is located within a short drive of nearby beach & recreation areas.

**Neighborhood Market Conditions**
Current conforming 30 year interest rates are in the 4.25-5.75% range. Typical exposure time to the market is 90-180 days for reasonably priced non-short sale properties. Interest buy downs & seller concessions are not typical at present. Although significant depreciation was noted between 2005-2010 property values within the market area appear to have stabilized over the past 8-10 months.

**Highest and Best Use**
The subject is legal non-conforming and per the Building & Safety Dept can be rebuilt as two units should the subject be less than 75% damaged or destroyed. Please note, grandfathered duplexes located on R1 lots are "typical" for the market area.

**Site Comments**
The subject is located on a larger than average "double" size lot. Note, due to the limited number of double size lots within the area this type of lot typically demands a premium when valued in the marketplace as most lots within the area are in the 5000 SF +/- range. The subject does back to an alley however no adverse effects were noted on marketability due to such. Overall no readily apparent encroachments or any other adverse site conditions were noted on the date of inspection.

**Additional Features**
Please note, due to the drive-by nature of this assignment this appraiser was provided a copy of another appraisal completed on the subject property on Sept 6, 2006 primarily to provide insight into the additional remodeling & upgrades present within the subject which would not otherwise be known to this appraiser. This appraiser assumes all information regarding the subject's remodeling & upgrades from the prior appraisal to still be accurate as of the effective date of this report. Please note, this appraiser's actual street inspection of the property did reveal that the subject had indeed been significantly remodeled as of recent and that the subject has since continued to be well maintained.

Per the prior appraisal the subject was "completely" remodeled & extensively upgraded well above its original condition at the time of the owner's original purchase. Furthermore, according to the prior appraisal the current owner purchased the property at a substantial discount from a motivated seller. Per the prior appraisal all remodeling & upgrades were done with high quality materials, custom designer workmanship, and high quality equipment.

Per the prior appraisal the subject includes high end kitchen remodeling including new custom hardwood flooring / new custom granite ctops / high-end built-in appliances / custom recessed lighting / custom European cabinetry. The subject additionally includes high end bath remodeling including custom postage stamp-sized tile flooring & wainscoat / new custom designer vanities & sinks / custom designer plumbing & electrical fixtures / high ceilings / skylights.

Per the prior appraisal additional upgrades include professional interior paint, scraped-refinished smooth ceilings, new custom peg/groove hardwood flooring throughout, new custom carpeting in bedrooms, new raised/vaulted ceilings, new custom sky lights throughout, all new custom oversized dual pane windows, new custom oversized sliding doors, new custom hardware throughout, new custom slate patios and walk-ways, new wood perimeter fencing, refinished wood decks, a "new" heated pool & spa, new custom window treatments throughout, new composition shingle roofing, new custom light fixtures throughout,

Functional Obsolescence: Non-recovery of pool/spa cost in the marketplace.

External Obsolescense: None

**Condition of the Property**
The subject has been completely remodeled and highly upgraded over the past 7-8 years (per prior appraisal) thereby greatly reducing its overall effective age and depreciation. From a drive-by inspection of the property which is the scope of this assignment the subject appears to have been well maintained and displays above average levels of maintenance, upkeep and upgrading as compared to most other properties within the immediate market area.

**Comments on Sales Comparison**
After an extensive search of the market area the comparables selected for analysis were considered to be the most recent and similar available from an extremely limited number of comparable sales within the market area.

Comp 1 was the most recent comp available within the subject's immediate neighborhood "east" of Lincoln Blvd while Comp 5 is a current listing (probate) also located within the subject's immediate neighborhood "east" of Lincoln Blvd. Appropriate location adjustments were made to Comps 2-4 to account for their superior locations "west" of Lincoln Blvd where properties have historically sold 8-10% higher than similar type properties located within the subject's neighborhood "east" of Lincoln Blvd.

Site adjustments were adjusted @ $10 SF for differences greater than 1000 SF while GLA adjustments were calculated @ $75 SF for differences greater than 100 SF, bed & bath differences were adjusted @ $10K per, garage differences were adjusted @ $7500 per and $20K adjustments were additionally made to each comp to account for their lack of a similar pool and/or spa.

As could best be determined through the MLS and respective listing agents Comps 1, 4 & 5 have all been remodeled and upgraded somewhat similar to the subject while Comp 2 was considered inferior in condition due to a lack of any significant remodeling or upgrades and to Comp 3 to account for its far less extensive-lower quality levels of remodeling & upgrades.

The sales comparison analysis adequately brackets value within an acceptable range and sufficiently supports an estimated

# ADDENDUM

| | |
|---|---|
| Borrower: Ariza | File No.: 11082604 |
| Property Address: 1357-1359 Vienna Way | Case No.: |
| City: Los Angeles (Venice Area)    State: CA | Zip: 90291 |
| Lender: Bay Area Financial Corp | |

value of $1,193,000. No personal items were included in the final estimate of value. Greatest emphasis was placed on Comp 1 due to its combination of the most similar location, most similar condition and most similar lot size.

\*\*\* THE SOFTWARE UTILIZED BY THE APPRAISER TO GENERATE THE ELECTRONIC SIGNATURE IN THIS REPORT PROTECTS SIGNATURE SECURITY BY MEANS OF A PRIVATE PASSWORD KNOWN ONLY TO THE SIGNING APPRAISER.